### DE GRAZIA v. FERRETTI et al.

(City Court of New York, General Term. March 2, 1900.)

TRIAL—REMARK OF COUNSEL—HARMLESS ERROR.
    · A remark by counsel for plaintiff, in presence of the jury, that an offer of judgment had been made, being addressed to the court, did not affect the interests of the defendants with the jury, and was therefore without . prejudice.

Appeal from trial term.

Action by Angelo De Grazia against Andrew Ferretti and another. From a judgment in favor of plaintiff, defendants appeal. Affirmed.

Argued before FITZSIMONS, C. J., and CONLAN and O'DWYER, JJ.

Weeks Bros., for appellants.
Joel M. Marx, for respondent.

PER CURIAM. We think that the exceptions taken during the trial are without merit. The writing on the back of the lease was properly excluded. The statements in the answer set forth a separate special defense, and do not amount to a counterclaim requiring a reply. The remark of counsel that an offer of judgment had been made, being addressed to the court, did not in any way affect the interests of the defendants with the jury. The judgment and order appealed from should be affirmed, with costs.